<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-7134**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DAVID M. SCATES,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CR-98-87)

Submitted: November 19, 2003      Decided: December 4, 2003

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

David M. Scates, Appellant Pro Se. Stephen Wiley Miller, Noelle Dalrymple, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David M. Scates seeks to appeal the district court's order denying his petition for a writ of error coram nobis and his motion for criminal contempt. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>United States v. Scates</u>, No. CR-98-87 (E.D. Va. July 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>